Law Office of Bleichman & Klein
268 W. Route 59
Spring Valley, NY 10977
(845) 425-2510

United States Bankruptcy Court
Southern District of New York
_____x

In Re:
Keith Chandler                                              Chapter 7
_____x                             Case # 08-10360

**FEES**

| Date | Description | hours | Per Hour | Amount |
|------|-------------|-------|----------|--------|
| 10/17/07 | Consultation with client (SK) (no charge) | 1.0 | 385.00 | - |
| 10/17/07 | Chapter 13 fee | | | 3,274.00 |
| 12/05/07 | Drafted, reviewed, and filed Motion to Remove State Court Appointed Reciever (SK) | 2.0 | 385.00 | 770.00 |
| 12/12/07 | Reviewed and mailed to client - Affirmation in Opposition to Motion (SK) | 0.5 | 385.00 | 192.50 |
| 12/14/07 | Reviewed Notice of Motion to Dismiss Case by trustee (SK) | 0.5 | 385.00 | 192.50 |
| 12/14/07 | Reviewed title and violations (SK) | 0.5 | 385.00 | 192.50 |
| 12/14/07 | Researched and drafted Opposition to Motion (SK) | 2.0 | 385.00 | 770.00 |
| 12/14/07 | Replied to Motion to Remove Reciever (SK) | 2.0 | 385.00 | 770.00 |
| 01/02/08 | Court Appearance (SK) | 2.0 | 385.00 | 770.00 |
| 01/02/08 | Fee for filing an Appeal | | - | 1,000.00 |
| 01/02/08 | Filing fee for Chapter 11 | | - | 1,039.00 |
| 02/07/08 | Court Appearance (SK) | 2.0 | 385.00 | 770.00 |
| | Total | 25.9 | | 9,740.50 |

## Costs

| Date | Description | Amount |
|---|---|---|
| 01/02/08 | Costs incurred in filing an Appeal | 7.00 |
| 02/08/08 | Mailed copy to client of Opposition to Motion | 38.50 |
| 02/27/08 | Gas charges for Court appearance | 34.00 |
| 02/28/08 | Copy to client re: BMW Financial Services | 38.50 |
| 03/17/08 | Mailed copy of Order Extending Stay to client | 38.50 |
| 03/31/08 | Mailed copy of Notice of Motion to Vacate Auto Stay to client | 38.50 |
| 03/31/08 | Mailed copy of Claim #3 GMAC to client | 38.50 |
| 04/28/08 | Mailed to Client re: Hearing to convert from Chapter 11 to 7 | 38.50 |
| 05/08/08 | Telephone conference with DeShea & Chandler | 27.00 |
| 05/08/08 | Mailed copy of Notice of Hearing to client | 38.50 |
| 06/06/08 | Mailed to client copy of Opposition to Motion for Relief from Stay | 38.50 |
| 06/30/08 | Mailed copy to client, Order Modifying Automatic Stay | 38.50 |
| 08/26/08 | Copy of financial course mailed to client | 38.50 |
| 09/04/08 | Copy to client regarding meeting of creditors | 38.50 |
| 10/28/08 | Copy to client regarding ADL Construction | 38.50 |
| 11/26/08 | Mailed copy of Notice of Proposed Abandonment of Property to client | 38.50 |
| 12/09/08 | Mailed copy of letter re corrected Notice of Abandonment to client | 38.50 |
| 02/24/09 | Fax sent to Gazes | 38.50 |
| 10/09/09 | Mailed copy to client of Notice of 341 Meeting of Creditors | 38.50 |
| | Total | 684.00 |

## Payments Received

| Date | Description | Amount |
|---|---|---|
| 10/17/07 | Client payment | 1,000.00 |
| 10/23/07 | Client paid with check number 949 | 2,274.00 |

| Date | Description | | Amount |
|---|---|---|---|
| 01/02/08 | Client payment | | 1,400.00 |
| 01/28/08 | Client payment cash | | 500.00 |
| | | Total | 5,174.00 |

| | |
|---|---|
| Total fees plus costs | 10,424.50 |
| Total payments | 5,174.00 |
| **TOTAL AMOUNT DUE** | **5,250.50** |