SOUTHERN DISTRICT OF NEW YORK　　　　Return Date: January 27, 2011
─────────────────────────────── x　　Return Time: 10:00 am

In Re:　　　　　　　　　　　　　　　　　Chapter 7

Keith Chandler　　　　　　　　　　　　　Index No. 08-10360
─────────────────────────────── x

## CERTIFICATION

TO THE HON. SHELLEY C. CHAPMAN, - U.S. BANKRUPTCY JUDGE:

　　　　Joshua N. Bleichman hereby certifies the following in support of the request for final compensation and disbursements made to this Court in the Application for Final Compensation, dated December 16, 2010.

1. I have read the annexed Application and to the best of my knowledge, information and belief, the Application complies with the mandatory guidelines established by Order of the Hon. Burton R. Lifland, dated June 20, 1991.

2. The fees and disbursements sought in the annexed Application fall within the mandatory guidelines, and are billed at rates in accordance with practices customarily employed by Bleichman & Klein and generally accepted by the clients of your Applicant.

3. A copy of this Certification is on file with the Court and is available for review by all parties of interest.

4. A statement of fees and disbursements which accrued during each month has been provided to the Debtor each month as required by the Administrative Order of Judge Lifland. There was no Committee appointed in this case.

5. With respect to the request for reimbursement of actual out-of-pocket expenses, your Applicant does not make a profit on any of the items which are sought to be reimbursed

and the requests do not include an amortization of the costs of any investment, equipment or capital outlay.

6. Your Applicant seeks reimbursement only for the amount expended or owed by the Applicant, if any.

WHEREFORE, your Applicant requests that he be granted allowance for compensation for professional services rendered, as set forth in this application, in the sum of $9,740.50, less the sum of $5,174.00 paid on account, and for actual out-of-pocket expenses in the sum of $684, for a balance of $5,250.50, together with such other and further relief as to the Court may seem just and proper.


Dated: Spring Valley, New York  
December 16, 2010 _____/s/\_\_  
Joshua N. Bleichman  
Bleichman and Klein  
268 Route 59  
Spring Valley, NY 10977  
(845) 425-2510