**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____x
In Re:                                                         Chapter 7

Keith Chandler                                          Index No. 08-10360
_____x

## Proposed Order

This matter having been opened to the court by Bleichman & Klein, the Debtor's counsel, upon the Debtor's Counsel motion to Withdraw as Debtor's Counsel and for Fees, good and sufficient cause appearing thereform for the entry of this order

It is

**ORDERED AND DECREED**, that the motion is granted and Bleichman & Klein is withdrawn as Debtor's Counsel;

**ORDERED AND DECREED,** Judgment is granted to Bleichman & Klein in the amount of $5,250.50 against Keith Chandler.

Dated: January _____, 2011                    _____
                                                                              Judge