CERTIFICATE OF SERVICE

    I, Joshua Bleichman, an attorney admitted to practice before this court affirms under the penalties of perjury that I am not a party to this action and that I am over the age of 18 years old. I have offices located at 268 W. Route 59, Spring Valley, NY 10977, and I served the within Notice of Motion to Withdraw as Counsel and Application for Allowance of Compensation on December 16, 2010, by depositing a true copy thereof by Regular Mail or in a post-paid wrapper, placing it in an official depository under the exclusive care and custody of the United States Postal Service within the State of New Jersey, first class mail, addressed to the following persons:

Keith Chandler
869 E 217 St
Bronx, NY 10467


Trustee
Ian J. Gazes
Gazes LLC
32 Avenue of the Americas
27th Floor
New York, NY 10013


Greg M. Zipes
United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004


                                          /s/Joshua Bleichman
                                          Joshua Bleichman