**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____x

In Re:  Chapter 11

KEITH CHANDLER  Index No. 08-10360 (SCC)
_____x

## **ORDER**

Upon the Motion to Withdraw as Counsel for the Debtor, dated December 17, 2010, and upon the hearing held on January 31, 2011, and it appearing that proper notice of the motion was given by Debtor's counsel, it is hereby

ORDERED, that Debtor's Counsel, Bleichman & Klein, is authorized to withdraw as counsel for the Debtor, and it is further

ORDERED, that the request for a charging lien is denied, and Debtor's counsel is authorized to file an administrative claim in the Debtor's case for unpaid legal fees allegedly due and owing to Debtor's counsel.

Dated: New York, New York
       February 2, 2011

                                                    __/s/ Shelley C. Chapman_____
                                                    Honorable Shelley C. Chapman
                                                    U.S. Bankruptcy Judge